19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. 651-661  SECTION "D"

**RODERICK SHERROD, ET AL.**

**VERSUS**

**KRISTINA'S TRANSPORTATION, LLC, ET AL**

FILED: _____  _____
                                                                     **DEPUTY CLERK**

## WRITTEN NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants, Edward S. Schmidt, David Ray Wallace, and Howard J. Rush, III, in the case entitled "*Roderick Sherrod, et al. v. Kristina's Transportation, LLC, et al.*" Civil Action No. 651-661, Division "D," on the docket of the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, has on the 27th day of July, 2018, filed in the United States District Court for the Middle District of Louisiana, its petition of removal of Plaintiff's claims against Wallace, Rush, Schmidt, Inc., Edward S. Schmidt, David Ray Wallace, and Howard J. Rush, III, a copy of said petition being served herewith in conformity with Rule 9027(b) of the Federal Rules of Bankruptcy, which reads as follows: "Promptly after the filing the notice of removal, the party filing the notice shall serve a copy of it on all parties to the removed claim or cause of action."

Pursuant to Rule 9027(c) of the Federal Rules of Bankruptcy, the claims against Wallace, Rush, Schmidt, Inc., Edward S. Schmidt, David Ray Wallace, and Howard J. Rush, III, shall proceed no further unless and until remanded.

Respectfully Submitted:

NEUNERPATE

By: /s/ James L. Pate
**JAMES L. PATE**, #10333
(JPate@neunerpate.com)
**B. LANCE PERSON**, #35280
(LPerson@neunerpate.com)
One Petroleum Center
1001 W. Pinhook Rd., Suite 200
Lafayette, Louisiana 70503
Tel: 337-237-7000
Fax: 337-233-9450

**ATTORNEYS FOR DEFENDANTS**

I HEREBY CERTIFY that a copy of the above and foregoing has this day been served on all known counsel of record:

| VIA EMAIL AND U.S. MAIL | VIA EMAIL ONLY |
|---|---|
| Mr. Kenneth H. Hooks, III | Mr. Howard L. Murphy |
| Dodson & Hooks, LLC | Deutsch, Kerrigan & Stiles, L.L.P. |
| 112 Founders Drive | 755 Magazine Street |
| Baton Rouge, Louisiana 70810 | New Orleans, Louisiana 70130 |

| VIA EMAIL ONLY | VIA EMAIL ONLY |
|---|---|
| Mr. Jesse L. Wimberly, III | Ms. Debra J. Fischman |
| Wimberly Law Firm | Sher, Garner, Cahill, Richter, Klein, |
| 120 Lisa Lane | McAlister & Hilbert, L.L.C. |
| Mandeville, Louisiana 70448 | 909 Poydras Street, 28th Floor |
| | New Orleans, Louisiana 70112-1033 |

| VIA EMAIL ONLY | VIA EMAIL ONLY |
|---|---|
| Mr. Mr. Randall C. Mulcahy | Mr. Robert L. David, Jr. |
| Garrison, Yount, Forte & | Juneau David, APLC |
| Mulcahy, L.L.C. | P.O. Drawer 51268 |
| 909 Poydras Street, Suite 1800 | Lafayette, Louisiana 70505-1268 |
| New Orleans, Louisiana 70112 | |

**VIA EMAIL ONLY**

Michael J. Remondet, Jr.
200 West Congress Street, Suite 1100
Post Office Box 91530
Lafayette, Louisiana 70509
Telephone #: (337) 237-4370
Toll Free #: (800) 446-2745
Fax #: (337) 235-2011

Lafayette, Louisiana this 6th day of August, 2018.

_____
COUNSEL