| | | |
|---|---|---|
| **RODERICK SHERROD** <br> on behalf of the minor AS | * | SUIT NO. 651661  SECTION "D" |
| | * | 19th JUDICIAL DISTRICT COURT |
| VS. | * | PARISH OF EAST BATON ROUGE |
| **KRISTINA'S TRANSPORTATION, LLC, WALLACE, RUSH, SCHMIDT, INC., ET AL** | * | STATE OF LOUISIANA |

## EXPARTE MOTION TO SUBSTITUTE REPRESENTATIVE PLAINTIFF FOR THE MINOR ARMANI STARR WITH INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, comes RODERICK SHERROD and PRINCESS SHERROD, who seek to substitute Princess Sherrod as the proper party plaintiff to represent the claims of the minor Armani Starr in this proceeding and who represent to the Court as follows.

On September 28, 2016, Roderick C. Sherrod, a person of the full age of majority and resident of Moss Point, Mississippi, was appointed by this Court as Provisional Tutor to represent his minor granddaughter's rights arising from the death of her father, Jermaine Starr, who had been tragically killed in an automobile accident in Louisiana on August 28, 2016, and to file suit on her behalf against all potential responsible parties. At the time of Mr. Sherrod's appointment as Provisional Tutor, his daughter, Princess Sherrod, the mother of Armani Starr, was seventeen years old and still a minor.

In his capacity as Provisional Tutor, Mr. Sherrod filed suit in this jurisdiction where jurisdiction and venue were proper as to all the potentially responsible parties involved in the death of Jermaine Starr, his granddaughter's father.

Petitioners herein represent that Princess Sherrod, the natural mother of Armani Starr, has now reached the age of majority and should therefore be substituted as the natural tutor and proper party plaintiff to continue this litigation on her daughter's behalf. As such, Petitioners hereby request that Princess Sherrod be substituted as the proper party plaintiff in this proceeding to represent the interests of the minor Armani Starr.

For all the reasons set forth herein, Petitioners pray that Princess Sherrod be substituted as the proper party plaintiff herein to represent the interests of the minor Armani Starr.

Respectfully submitted,
**DODSON & HOOKS, LLC**

By: _____
Kenneth H. Hooks, III (#25097)
H. Price Mounger, III (#19077)
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record via electronic mail, facsimile, or US Mail this 15 day of May, 2017.

_____
Kenneth N. Hooks, III
H. Price Mounger, III

| | | |
|---|---|---|
| RODERICK SHERROD<br>on behalf of the minor AS | * | SUIT NO. 651661   SECTION "D" |
| | * | 19th JUDICIAL DISTRICT COURT |
| vs. | * | PARISH OF EAST BATON ROUGE |
| KRISTINA'S TRANSPORTATION, LLC,<br>WALLACE, RUSH, SCHMIDT, INC.,<br>ET AL | * | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# O R D E R

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONSIDERING THE FOREGOING *EXPARTE MOTION TO SUBSTITUTE REPRESENTATIVE PLAINTIFF FOR THE MINOR ARMANI STARR MOTION*,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the stay Order issued on April 10, 2017, be lifted solely for the purpose of this filing; and

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that Princess Sherrod is hereby substituted as the proper party plaintiff and natural tutor to represent the rights and interests of her minor daughter Armani Starr in this proceeding.

Signed this 15 day of May, 2017.

**HONORABLE JANICE CLARK**
JUDGE, SECTION "D"
19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

**PLEASE SERVE:**

**HALLMARK SPECIALTY INSURANCE COMPANY**
*Through its registered Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**LOUISIANA SERVPRO, LLC**
*Through its registered Agent for Service of Process:*
David Anzelmo
55615 Crawford Street
New Orleans, LA 70123

**KRISTINA'S TRANSPORTATION, LLC**
*Through its Attorney of Record:*
Howard L. Murphy
Deutsch Kerrigan
755 Magazine Street
New Orleans, LA 70130

**WALLACE, RUSH, SCHMIDT, INC.**
*Through its Attorney of Record:*
Jesse Wimberly
Wimberly Law Firm



CERTIFIED TRUE COPY
MAY 15 2017
DEPUTY CLERK OF COURT

120 Lisa Lane
Mandeville, LA 70448

**NATIONAL LIABILITY & FIRE INSURANCE COMPANY**
*Through its Attorney of Record:*
Debra Fischman
Sher, Garner, Chaill, Richter, Klein & Hilbert, LLC
909 Poydras Street
Suite 2800
New Orleans, LA 70112

**NATIONAL GENERAL INSURANCE COMPANY**
*Through its registered Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA**
*Through its registered Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809