UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PRINCESS SHERROD

VERSUS

WALLACE, RUSH, SCHMIDT, INC., ET AL.

CIVIL ACTION

18-746-SDD-EWD

## RULING

The Court has carefully considered the *Petition*,[1] the *Motion*,[2] the record, the law applicable to this action, the *Opposition*[3] and *Reply*,[4] and the *Report and Recommendation*[5] of United States Magistrate Judge Erin Wilder-Doomes dated February 25, 2019.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand* is hereby GRANTED, equitably REMANDING this matter to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, pursuant to 28 U.S.C. § 1452(b), and the Court hereby ABSTAINS from presiding over this matter, pursuant to 28 U.S.C. §1334(c)(1).

**IT IS FURTHER ORDERED** that Plaintiff's request for costs and attorney's fees under 28 U.S.C. §1447(c) is hereby DENIED.

Baton Rouge, Louisiana the 18 day of March, 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 4.
[3] Rec. Doc. 11.
[4] Rec. Doc. 15.
[5] Rec. Doc. 16.